IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMIAH PALMER,<br><br>Defendant. | 8:25-CR-208<br><br>ORDER DISMISSING FORFEITURE ALLEGATION |

This matter is before the Court on the Government's Motion to Dismiss Forfeiture Allegation. Filing 21. The Indictment in this case includes a Forfeiture Allegation as to defendant Jeremiah Palmer, claiming that the following firearms are subject to forfeiture: a Ruger Blackhawk model, .357-caliber revolver; a Taurus, PT140 Millennium Pro model, 40-caliber semi-automatic handgun; and a Ruger Security Six .357-caliber revolver. Filing 1 at 2. However, the Government advises the Court in its Motion that the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) is not seeking forfeiture of the listed firearms because they were purchased with ATF funds during an undercover operation. Filing 21 at 1. The Government advises that as the purchaser of the firearms, the ATF will destroy the firearms. Filing 21 at 1. The Court finds that the Government's Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Dismiss Forfeiture Allegation, Filing 21, is granted; and

2. The Forfeiture Allegation in the Indictment, Filing 1, is dismissed as to the defendant.

Dated this 2nd day of December, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge